IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| FARHAN MOHAMMED,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVIS COUNTY, County in Utah, and JOSHUA BOUCHER, an individual,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br><br><br>Case No. 2:07-CV-637 TS |

      This matter comes before the Court on Plaintiff's Motion for Extension of Time.  Plaintiff seeks additional time to respond to Defendant Boucher's Motion to Dismiss because his counsel recently attempted to withdraw and Plaintiff is currently seeking new counsel.  Defendants oppose this request because Plaintiff's counsel's request to withdraw was denied.

      Having considered Plaintiff's Motion, Defendants' Objection, and being otherwise fully informed, the Court finds that there is good cause to allow the extension and will grant Plaintiff's Motion.  The Court will allow Plaintiff an additional twenty (20) days from the date of this Order to respond to Defendant Boucher's Motion to Dismiss.

The Court does wish to emphasize that Plaintiff's counsel—Mr. Smith—remains as Plaintiff's counsel of record in this matter.  While it is true that Plaintiff's counsel attempted to withdraw from this case, that request was denied.[1]  Unless and until Mr. Smith complies with the requirements of DUCivR 83-1.4, he remains on this case.

It is therefore

ORDERED that Plaintiff's Motion for Extension of Time (Docket No. 36) is GRANTED.  Plaintiff shall have twenty (20) days from the date of this Order to respond to Defendant Boucher's Motion to Dismiss.

DATED   September 24, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] *See* Docket No. 35.